## Jack Lavern CARTER, Appellant, v. STATE of Texas, Appellee.

No. 23596.

Court of Criminal Appeals of Texas.

Feb. 5, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary. The penalty assessed is confinement in the state penitentiary for a period of three years and six months.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing the same.

The motion is granted and the appeal is ordered dismissed.

## O. D. McGOWAN, Appellant, v. STATE of Texas, Appellee.

No. 23613.

Court of Criminal Appeals of Texas.

Feb. 12, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the offense of passing a forged instrument. The penalty assessed is confinement in the state penitentiary for a period of two years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing the same.

The motion is granted and the appeal is ordered dismissed.

## Reymous HARTLESS, Appellant, v. STATE of Texas, Appellee.

No. 23674.

Court of Criminal Appeals of Texas.

Feb. 26, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is robbery. The punishment assessed is confinement in the state penitentiary for a period of five years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing the same.

The motion is granted and the appeal is ordered dismissed.

## Christoval STEWART, Appellant, v. STATE of Texas, Appellee.

No. 23667.

Court of Criminal Appeals of Texas.

Feb. 19, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder; punishment assessed at confinement in the penitentiary for ten years.

By proper affidavit filed by appellant this court is advised that he no longer desires to prosecute the appeal and asks that same be dismissed.

Appeal dismissed at request of appellant.